**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTWINE T. BLACKMON, | ) NO. CV 11-6724-GAF (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| TERRI GONZALEZ, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 17, 2012.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE